## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONORABLE RAYMOND M. JEFFERSON, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> HONORABLE SETH D. HARRIS, *et al.*, ) <br> Defendants. ) | Case No. 1:14-cv-1247 (JEB) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff,

Raymond M. Jefferson, and Defendants, Seth D. Harris, the United States Department of Labor,

Daniel R. Petrole, Asa Cunningham, David Russ, James Powell, and the Office of Inspector

General of the United States Department of Labor, being all the parties that have appeared in this

action, hereby stipulate and agree, by their duly-authorized undersigned counsel, to the dismissal

with prejudice of the above-captioned action.


_____ Date: _____September 26, 2019_____

PETER C. CHOHARIS, D.C. Bar # 444787
The Choharis Law Group
1300 19th Street, NW
Suite 620
Washington, DC 20036
Phone: (202) 587-4478
choharis@choharisglobalsolutions.com
*Attorney for Plaintiff Raymond M. Jefferson*


JESSIE K. LIU
D.C. Bar # 472845
United States Attorney


DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

_____ Date: __9/26/19__

PETER C. PFAFFENROTH
D.C. Bar # 496637

Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 252-2513
*Counsel for Defendants*